# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Bethel Services, Inc. ) ASBCA No. 61204
)
Under Contract No. W912LA-10-C-0009 )

APPEARANCE FOR THE APPELLANT: Traeger Machetanz, Esq.
Davis Wright Tremaine LLP
Seattle, WA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Douglas A. Reisinger, JA
Trial Attorney

## ORDER OF DISMISSAL

On 7 June 2017, appellant filed a notice of appeal with the Board from a deemed denial of a claim it sent to the contracting officer on 6 April 2017. By email dated 8 June 2017, appellant notified the Board that it wished to withdraw its appeal without prejudice, indicating it had been informed by the contracting officer that the appeal was premature. During a conference call with the parties, appellant informed the Board that after it filed its notice of appeal, the contracting officer informed appellant that her office had recently moved and that she never received appellant's claim. Government counsel also indicated that the address to which the claim was sent was incorrect so the claim was never forwarded to the contracting officer's new office. The government has advised the Board that it does not object to appellant's request.

Based upon the foregoing, this appeal is dismissed from the Board's docket without prejudice.

Dated: 4 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61204, Appeal of Bethel Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals